IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00346-D

DETTA HOBBS,                                    )
                                                )
                Plaintiff,                       )
                                                )
        v.                                       )        ORDER FOR PAYMENT OF ATTORNEY
                                                )        FEES UNDER THE EQUAL ACCESS
NANCY A. BERRYHILL,                             )        TO JUSTICE ACT
Acting Commissioner of Social Security,          )
                                                )
                Defendant.                       )
_____ )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $2,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the

Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the

Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel,

Jonathan H. Winstead, and mailed to his office at P.O. Box 8444, Rocky Mount, North Carolina

27804, in accordance with Plaintiff's assignment to his attorney of his right to payment of

attorney's fees under the Equal Access to Justice Act.

        SO ORDERED. This ____6____ day of August 2018

                                        _____
                                        JAMES C. DEVER III
                                        Chief United States District Judge